EMILY J. CHAREST v. JOHNS–MANVILLE PRODUCTS CORP.

July 7, 1981.

Petition for certification denied.

HELEN BUTLER v. ACME MARKETS; INC.

July 7, 1981.

Petition for certification granted.  (See 177 *N.J.Super.* 279)

IMPAC, INC. v. THE CITY OF PATERSON.

July 7, 1981.

Petition for certification denied.  (See 178 *N.J.Super.* 195)

IMPAC, INC., ET AL. v. THE CITY OF PATERSON AND THE CITY COUNCIL OF THE CITY OF PATERSON.

July 7, 1981.

Petition for certification denied.